## Hahn Furniture Company, Appellant, *v.* East Hills Center, Inc. et al.

Argued September 28, 1971; reargued September 25, 1972. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, NIX and MANDERINO, JJ.

*Reuben Fingold,* for appellant.

*Judd N. Poffinberger, Jr.,* with him *David R. Levin,* and *Kirkpatrick, Lockhart, Johnson & Hutchison,* for appellees.

OPINION PER CURIAM, November 17, 1972:
Decree affirmed. Costs to be borne by appellant.
Mr. Justice POMEROY took no part in the consideration or decision of this case.